### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PEGGY A. OWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-0297-F |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration,[1] ) | |
| ) | |
| Defendant. ) | |

### ORDER

Plaintiff Peggy A. Owen brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Defendant Commissioner's final decision denying plaintiff's applications for disability insurance benefits and supplemental security income payments under the Social Security Act.

Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on February 13, 2013, doc. no. 21 (the Report), recommending that the Commissioner's decision be affirmed. The Report advised the parties of their right to object to the Report on or before March 6, 2013. The Report also advised that failure to make timely objection to the Report waives the parties' right to appellate review of the factual and legal issues contained in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be

---

[1]As of February 14, 2013, Carolyn W. Colvin became the Acting Commissioner.

served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 7th day of March, 2013.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0297p002.wpd